E-FILED
Thursday, 16 February, 2006  11:18:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

vs.

ANTONIO ROMERO

## WARRANT FOR ARREST

CASE NO. 03-6008-01

FILED
FEB 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2003 FEB 10 P 3:30
US MARSHAL SERVICE
CENTRAL ILLINOIS

RECEIVED
2003 FEB 11 P 4:32
US MARSHALS SERVICE
CENTRAL ILLINOIS

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __ANTONIO ROMERO__, and bring him
                                          Name

forthwith to the nearest magistrate to answer a complaint charging him with conspiracy to distribute more than 100 kilograms of marijuana, a Schedule I controlled substance

in violation of Title ____21____ United States Code, Section(s) __846 and 841(b)(1)(A)__

_____John A. Gorman_____                    _____United States Magistrate Judge_____
Name of Issuing Officer                                   Title of Issuing Officer

_____s/John A. Gorman_____                  _____February 7, 2003 - Peoria, Illinois_____
Signature                                                 Date and Location

Bail fixed at $ __No Bond -Detention Requested__ by __John A. Gorman, United States Magistrate Judge__
                                                                Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Returned unexecuted_

| Date Received 02/11/03 | Name of Arresting Officer _unexecuted - new_ | Signature of Arresting Officer |
| Returned Date of Arrest 02/15/06 | Title of Arresting Officer _Warrant issued on indictment_ | |